FILED
CLERK, U.S. DISTRICT COURT

JAN 28 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER AGUILERA-NUNEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>DAVID JUSTICE, WARDEN, et al.,<br><br>            Defendants. | No. CV 06-4166 JFW (FFM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of United States Magistrate Judge. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT IS ORDERED that Judgment be entered dismissing plaintiff's civil rights claims and ICCPR claim with prejudice and dismissing plaintiff's negligence claim without prejudice.

DATED: 1/28/08

JOHN F. WALTER
United States District Judge