FILED
CLERK, U.S. DISTRICT COURT
JAN 28 2008
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAVIER AGUILERA-NUNEZ, | No. CV 06-4166 JFW (FFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| DAVID JUSTICE, WARDEN, et al., | |
| Defendants. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff takes nothing by his Complaint, that plaintiff's civil rights claims and ICCPR claim are dismissed with prejudice, and that plaintiff's negligence claim is dismissed without prejudice.

DATED: 1/28/08

JOHN F. WALTER
United States District Judge